IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHLEEN SIFFEL,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| vs. | : | |
| | : | **NO. 11-3713** |
| **BEST BUY CO., INC.,** | : | |
| **Defendant.** | : | |

_____

**O R D E R**

**AND NOW,** this 3rd day of October, 2012, upon consideration of Defendant Best Buy Stores, L.P.'s Motion for Summary Judgment (Document No. 18, filed August 23, 2012); Plaintiff's Reply to Defendant's Motion for Summary Judgment (Document No. 22, filed September 10, 2012); Defendant Best Buy Stores, L.P.'s Brief in Reply to Plaintiff's Opposition to Motion for Summary Judgment (Document No. 23, filed September 17, 2012); and Plaintiff's Sur-Reply to Defendant's Brief in Reply to Plaintiff's Opposition to Motion for Summary Judgment (Document No. 26, filed September 28, 2012), **IT IS ORDERED** that defendant's Motion for Summary Judgment is **DENIED WITHOUT PREJUDICE** to the right of the defendant to move for judgment as a matter of law, under Federal Rule of Civil Procedure 50(a), upon completion of plaintiff's case.

                 BY THE COURT:

                 /s/ Hon. Jan E. DuBois
                 **JAN E. DUBOIS, J.**